Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001094
14-AUG-2015
01:55 PM

NO. 14-0001094

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KENNETH J. SALANDRA doing business as STATEMENTS,
Plaintiff-Appellee, v.
ROBERT and AMI CHERI HOWER, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 10-1-304K)

ORDER DISMISSING APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellee's Stipulated Dismissal With Prejudice of All Claims and All Parties, pursuant to Hawaii Rules of Appellate Procedure Rule 42(b), filed herein on August 14, 2015, and the records and files herein,

IT IS HEREBY ORDERED as follows:

1. The Stipulated Dismissal With Prejudice of All Claims and All Parties filed on August 14, 2015, is approved;

2. Each party shall bear its own attorney's fees and costs; and

3.    Appellate court case number CAAP-14-0001094 is dismissed.

DATED:    Honolulu, Hawaiʻi, August 14, 2015.

Presiding Judge

Associate Judge

Associate Judge